ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

LANDBORG & SONS, INC. and BLACK SHEEP CONSTRUCTION, INC.,

Defendants.

Civil File No. 02-0045 ADM/AJB

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendants in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice.

Dated: 1/31/03

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By ____________________
Pamela H. Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

FILED MAR 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 2/4/03

KENNETH M. WASCHE, P.A.

By ______________________

Kenneth M. Wasche
Atty. Reg. No. 256432
14735 Highway 65 NE, Suite 300
Ham Lake, MN 55304-6113
Telephone:(763) 413-1223

*Attorneys for Defendants*

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: March 6, 2003

The Honorable Ann D. Montgomery
United States District Court Judge